ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALYA MOROZOVA,<br><br>            Plaintiff,<br><br>    v.<br><br>USCIS, ET AL.,<br><br>            Defendants. | CASE NO. 2:25-CV-02712-DJC-CKD<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

      The Defendants respectfully request to hold this case in temporary abeyance through January 14, 2026, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of her pending asylum application, which she filed in July 2020. USCIS needs additional time in order to schedule Plaintiff's asylum interview. The parties anticipate that this lawsuit will be rendered moot upon the successful completion of the interview and adjudication.

///

///

///

///

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE

The parties therefore stipulate that this matter be held in temporary abeyance through January 14, 2026. The parties anticipate that once an interview date is set, they may request to extend the abeyance period to allow additional time for USCIS to complete its adjudication of Plaintiff's application, which USCIS typically endeavors to do within 120 days of the successful completion of an interview. The parties further request that all other filing deadlines and appearances be vacated.

Dated: November 26, 2025

ERIC GRANT
United States Attorney

By: */s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney

 /s/ REGINA JACOBSON
REGINA JACOBSON
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: November 26, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR TEMPORARY ABEYANCE