ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALYA MOROZOVA,<br><br>       Plaintiff,<br><br>    v.<br><br>USCIS, ET, AL.,<br><br>       Defendants. | CASE NO.  2:25-CV-02712 DJC-CKD<br><br>STIPULATION AND ORDER TO EXTEND TEMPORARY ABEYANCE |

Defendants respectfully request to extend the temporary abeyance in this case through and including, May 8, 2026, and Plaintiff does not oppose.  In this case, Plaintiff, Natalya Morozova, alleges that the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of her Form I-589, asylum application, which was filed in 2020.  The parties previously stipulated to hold this case in temporary abeyance through and including January 14, 2026, to permit USCIS time to schedule Plaintiff's asylum interview.  USCIS scheduled Plaintiff's asylum interview for January 8, 2026, and that interview has been successfully completed.  USCIS will continue to move forward with the next steps in the adjudication process and conduct the necessary vetting.

USCIS also requires additional time to complete its adjudication because a new policy issued on December 2, 2025, places a hold on all asylum applications regardless of the alien's country of nationality.  *See* Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries, PM-602-0192, *available at*

STIPULATION AND ORDER
TO EXTEND TEMPORARY ABEYANCE

1

https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf ("PM-602-1092") (last visited January 8, 2026). The December 2, 2025 policy was issued in response to national security incidents and reflects the determination of the Director of USCIS that additional vetting and review are necessary for all asylum cases to protect the national security and public safety. *See* PM-602-1092. USCIS will continue moving forward in its adjudication process, and USCIS anticipates that an administrative resolution may be achieved through adjudication of Plaintiff's application once further guidance on the Policy Memorandum and hold procedures are provided. However, additional time is necessary to determine how this new policy may affect USCIS's review and vetting in general and of this case in particular.

*The remainder of this page is intentionally blank.*

STIPULATION AND ORDER
TO EXTEND TEMPORARY ABEYANCE

The parties therefore stipulate that this case, including all filing deadlines and appearances, be held in temporary abeyance through and including May 8, 2026.  The parties will provide a status update by May 8, 2026.

Respectfully submitted,

Dated:  January 9, 2026

ERIC GRANT
United States Attorney


/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney


Dated:  January 9, 2026

/s/ REGINA JACOBSON
REGINA JACOBSON
Counsel for Plaintiff


**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of January, 2026.


/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE


STIPULATION AND ORDER
TO EXTEND TEMPORARY ABEYANCE

3