ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALYA MOROZOVA,<br><br>                   Plaintiff,<br><br>           v.<br><br>USCIS, ET, AL.,<br><br>                Defendants. | CASE NO.  2:25-CV-02712 DJC-CKD<br><br>STIPULATION AND ORDER TO EXTEND TEMPORARY ABEYANCE |

Defendants respectfully request to extend the temporary abeyance in this case through and including, July 10, 2026, and Plaintiff does not oppose.  In this case, Plaintiff, Natalya Morozova, alleges that the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of her Form I-589, asylum application, which was filed in 2020.  The parties previously stipulated to hold this case in temporary abeyance through and including May 8, 2026.  USCIS's is continue to conduct its review of the application, including vetting and background check completion. The time to complete these steps cannot be predicted with absolute certainty, as the process depends on a variety of factors, but USCIS anticipates that these steps may be completed within the next 60 days, at which point this case would likely be moot.

As an update to the prior stipulation for additional time, the hold policy issuing final adjudications on asylum applications has been lifted for individuals from countries that are not designated a high-risk countries.

STIPULATION AND ORDER
TO EXTEND TEMPORARY ABEYANCE

1

///

The parties therefore stipulate that this case, including all filing deadlines and appearances, be held in temporary abeyance through and including July 10, 2026.  The parties will provide a further status update by July 10, 2026.

Respectfully submitted,

Dated:  May 8, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  May 8, 2026

/s/ REGINA JACOBSON
REGINA JACOBSON
Counsel for Plaintiff

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of May, 2026.

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER
TO EXTEND TEMPORARY ABEYANCE